UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER ERIC FITE, | CASE NO. 5:08 CV 17 |
| Plaintiff, | JUDGE PETER C. ECONOMUS |
| v. | |
| MUTUAL TRUST ASSOCIATES, et al., | MEMORANDUM OF OPINION AND ORDER |
| Defendants. | |

On January 3, 2008, plaintiff pro se Christopher Eric Fite filed this action against "Mutual Trust Associates" and the State of Ohio. The document initiating this case is entitled: "Memorandum of Fact & Law Verified Actual and Constructive Notice Introduction to Criminal Proceeding." The aforesaid document does not contain allegations intelligible to this court.

Principles requiring generous construction of pro se pleadings are not without limits. Beaudett v. City of Hampton, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal construction, the document filed by plaintiff does not contain allegations remotely suggesting he might have a valid federal claim, or setting forth a reasonable basis for jurisdiction. This action is therefore appropriately subject to summary dismissal.

Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999); see Hagans v. Lavine, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); In re Bendectin Litig., 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

                              S/Peter C. Economus - 1/17/08
                              PETER C. ECONOMUS
                              UNITED STATES DISTRICT JUDGE